# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 18, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140999(43)

RONALD LEE JEX,
        Plaintiff-Appellant,

v

SC: 140999
COA: 294948

DEPARTMENT OF CORRECTIONS,
        Defendant-Appellee.

_____

      On order of the Chief Justice, the motion for reconsideration of the order establishing an initial partial filing fee is DENIED. The request that the application for leave to appeal be held in abeyance is denied as moot.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 18, 2010

_____
Clerk